IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL NO. 24- |
| v. | : | VIOLATION: 21 U.S.C. § 841(a)(1), (b)(1)(A), (b)(1)(B) |
| KEVIN DISLA a/k/a "Joel Duarte" | : | (possession with the intent to distribute 400 grams or more of fentanyl and 50 grams or more of a mixture or substance containing methamphetamine - 1 count) |

## INDICTMENT

### COUNT ONE

**THE GRAND JURY CHARGES THAT:**

On or about April 23, 2024, in Philadelphia, in the Eastern District of Pennsylvania, defendant

**KEVIN DISLA,**
**a/k/a "Joel Duarte,"**

knowingly and intentionally possessed with intent to distribute 400 grams or more, that is, approximately 1.6 kilograms, of a mixture and substance containing a detectable amount of N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propanamide ("fentanyl"), and 50 grams or more, that is, approximately 130 grams, of a mixture and substance containing a detectable amount of methamphetamine, both Schedule II controlled substances.

In violation of Title 21, United States Code, Section 841(a)(1), (b)(1)(A), (b)(1)(B).

A TRUE BILL:

███████████████████
GRAND JURY FOREPERSON

_/s/_

**JACQUELINE C. ROMERO**
**United States Attorney**

No. _____

**UNITED STATES DISTRICT COURT**
Eastern District of Pennsylvania
Criminal Division

THE UNITED STATES OF AMERICA

v.

KEVIN DISLA
a/k/a "Joel Duarte"

**INDICTMENT**

21 U.S.C. § 841(a)(1), (b)(1)(A), (b)(1)(B) (possession with the intent to distribute 400 grams or more of fentanyl and 50 grams or more of a mixture or substance containing methamphetamine - 1 count)

A true bill.



Filed in open court this 2nd day
of _____ A.D. 20__